IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                      CASE NO. 10-10482GVL1

NORMAN, GARY ELVIN
NORMAN, SANDRA LEIGH                          CHAPTER 7

                        Debtor(s)

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

        Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives
notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| | CACH, LLC<br>4340 S. MONACO ST., 2ND FLOOR<br>DENVER, CO 80237 | $708.29 |

                                                /s/ Theresa M. Bender
                                                THERESA M. BENDER
                                                CHAPTER 7 TRUSTEE
                                                Theresa M. Bender, P.A.
                                                Post Office Box 14557
                                                Tallahassee, FL  32317
                                                PH:  (850) 205-7777
                                                FL. Bar # 0749486
                                                Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

CACH, LLC
4340 S. MONACO ST., 2ND FLOOR
DENVER, CO 80237

Dated: 9/23/2011                    /s/ Theresa M. Bender